CA 07 315

| Attorney or Appellant Name, Address, Telephone, and Fax Number | FOR COURT USE ONLY |
|---|---|
| William J. Delaney, Esq.<br>Tillinghast Licht LLP<br>10 Weybosset Street, Suite 1000<br>Providence, RI 02903<br>(401) 456-1200<br>(401) 456-1210 (fax)<br>*Attorney for Appellant* | |
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF RHODE ISLAND** | |
| In re: Arnold Kilberg<br><br>Debtor (s) | |
| Debtor's Social Security No(s). xxx-xx-0940 | CHAPTER 7<br>CASE NUMBER 04-10632 |
| Employer's Tax Identification Nos. [if any] | ADVERSARY NUMBER 05-1011 |

## NOTICE OF APPEAL

1. NOTICE IS HEREBY GIVEN that the (check only one box) ☐ plaintiff ☒ defendant or ☐ other party (specify name of party) 56 Associates, L.P. 57 Associates, L.P., appeals under 28 U.S.C. section 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe judgment, order or decree) order overruling and denying objection entered in this adversary proceeding or other proceeding (describe other proceeding) adversary proceeding on the 10th day of August, (year) 2007.

2. The names of all parties to the judgment, order, or decree appealed from and the names, addresses, telephone, and fax numbers of their respective attorneys are as follows:

   (Print or type names, addresses, telephone, and fax numbers)

| | |
|---|---|
| 56 Associates, L.P.<br>57 Associates, L.P.<br>c/o William J. Delaney, Esq.<br>10 Weybosset Street, Suite 1000<br>Providence, RI 02903<br>(401) 456-1200<br>(401) 456-1200 (fax) | Joseph M. DiOrio<br>c/o Joseph M. DiOrio, Esq.<br>Gardner H. Palmer, Jr., Esq.<br>10 Dorrance Street, Suite 1200<br>Providence, RI 02903<br>(401) 632-0911<br>(401) 632-0751 (fax) |

**CONTINUED ON NEXT PAGE**

Notice of Appeal - Page Two (2)

**Form 17**

| In re (SHORT TITLE) | CHAPTER 7 |
| --- | --- |
| Arnold Kilberg Debtor. | CASE NUMBER 04-10632 |

Dated: August 15 , 2007

/s/ William J. Delaney
Signature (*Attorney for Appellant or Appellant if not represented by an Attorney*)

(Print or type name, address, telephone and fax numbers)
Tillinghast Licht LLP
10 Weybosset Street, Suite 1000
Providence, RI 02903
(401) 456-1200
(401) 456-1210 (fax)

**If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. section 158 (c), to have the appeal**

## PROOF OF SERVICE

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

1. I am employed in the County of Providence, State of Rhode Island. I am over the age of 18 and not a party to the within action. My business address is as follows:

   Tillinghast Licht LLP
   10 Weybosset Street
   Providence, RI 02903

2. **Regular Mail Service:** On August 15, 2007, I served the documents described as: NOTICE OF APPEAL on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at Providence, Rhode Island, addressed as set forth below. and also via electronic mail

   Joseph M. DiOrio, Esq.
   Gardner H. Palmer, JR., Esq.
   10 Dorrance Street, Suite 1200
   Providence, RI 02903
   ghpalmer@dioriolaw.com
   jmdiorio@dioriolaw.com

☐ Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:

William J. Delaney — *Type Name*

/s/William J. Delaney — *Signature*