UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
20 2007
Property of U.S. District Court
District of Rhode Island

In re: Arnold Kilberg — BK No. 04-10632, Chapter 7

Joseph M. DiOrio
Plaintiff(s)

v. — AP. No. 05-1011

56 Associates, LP
57 Associates, LP
Defendant(s)

CA 07 315

**TO: CLERK, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

Transmitted herewith is:

**X** Appeal Coversheet

**X** The Notice of Appeal and Appellant's Election Form

**X** Copy of Bankruptcy Court Order and Judgment dated 8/10/07

**X** Certified Copy of docket.

____ Other____________________

Pursuant to Fed. R. Bankr. P. 8006, the Appellant's Designation of Record and Statement of Issues on Appeal is due on 8/27/07 . The Appellee's Designation of Record and Statement of Issues on Appeal is due 10 days thereafter. See Fed. R. Bankr. P. 8006. Pursuant to Fed. R. Bankr. P. 8007, if a transcript is ordered by either party, the reporter has 30 days to complete the request unless a further extension is requested.

When the record is complete, it will be forwarded to the District Court.

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: 8/16/07

By: Holly A. D'Agostino
Deputy Clerk