CA 07 315

R.I. Bankr. Form S
*See* R.I. LBR 8001-1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re: Arnold Kilberg

Debtor(s)

BK No. 04-10632
Chapter 7
AP No. 05-1011

## APPELLANT ELECTION FORM

Appeal of Order or Judgment of U.S. Bankruptcy Court, District of Rhode Island dated August 10, 2007, Doc. No. 167.

| | |
|---|---|
| 56 Associates, L.P.<br>57 Associates, L.P. | Arnold Kilberg |
| APPELLANT(S) | APPELLEE(S) |
| William J. Delaney, Esq. | Gardner H. Palmer, Esq. |
| Attorney<br>(Firm Name, Address, and Telephone No.)<br>Tillinghast Licht LLP<br>10 Weybosset Street, Suite 1000<br>Providence, RI 02903<br>(401) 456-1200 | Attorney (If known)<br>Joseph M. DiOrio, Esq.<br>10 Dorrance Street, Suite 1200<br>Providence, RI 02903<br>(401) 632-0911 |

[ ] I ELECT TO HAVE THIS APPEAL HEARD BY THE BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT

[X] I ELECT TO OPT OUT OF THE BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT AND REQUEST THAT THIS APPEAL BE HEARD BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

By: /s/William J. Delaney
Signature of Attorney (or Appellant, if pro se)

Dated: August 15, 2007