CA 07 315

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re:<br>ARNOLD KILBERG,<br>Debtor | Case No. 04-10632-ANV<br>Chapter 7 |
| JOSEPH M. DIORIO, Chapter 7 Trustee of Arnold Kilberg,<br>Plaintiff,<br>v.<br>56 ASSOC., A Rhode Island Limited Partnership and 57 ASSOC., A Rhode Island Limited Partnership,<br>Defendants. | Adv. Pro. No. 05-01011 |

**ORDER DENYING DEFENDANTS' OBJECTION TO TRUSTEE'S BILL FOR SERVICES**

Upon consideration of the Defendants' Objection to Trustee's Bill for Services Rendered and Memorandum in Support Thereof (the "Objection") and after a hearing thereon and for the reasons stated by the Court in its bench decision which are incorporated by reference herein, the Objection is OVERRULED and DENIED. The Trustee's fees are approved and Defendants are ordered to pay the Trustee's fees in the amount of $4,726.00 forthwith.

ORDER:

H. D'Agostino

ENTER:

Arthur N. Votolato
U.S. Bankruptcy Judge

Presented by:

/s/ Gardner H. Palmer, Jr.
Gardner H. Palmer, Jr. (#3707)
Law Office of Joseph M. DiOrio, Inc.
10 Dorrance Street, Suite 1200
Providence, RI 02903

Entered on docket: 8/10/07

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of August, 2007, a copy of the within Order Denying Defendants' Objection To Trustee's Bill For Services was caused to be sent electronically through the CM/ECF system to: wdelaney@tllaw.com.

/s/ Gardner H. Palmer, Jr.