UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In re:<br>ARNOLD KILBERG,<br>Debtor | : | Case No. 04-10632-ANV<br>Chapter 7 |
| JOSEPH M. DIORIO, CHAPTER 7<br>TRUSTEE OF ARNOLD KILBERG,<br>Plaintiff | : | |
| v. | : | Adv. Pro. No. 05-01011 |
| 56 ASSOC., A Rhode Island<br>Limited Liability Partnership and<br>57 ASSOC., A Rhode Island<br>Limited Liability Partnership,<br>Defendants. | : | |

**APPELLANTS DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL**

NOW COME the Appellants in the above captioned matter and pursuant to Fed. R. Bankr. P. 8006, hereby furnish their Designation of Record and Statement of Issues on Appeal.

Concerning the Designation of Record, the Appellants designate the following on appeal:

1. Document No. 154, Motion to Stay Pending Appeal, entered on July 17, 2007.

2. Document No. 125, Objection filed by Plaintiff, entered on July 24, 2007.

3. Document No. 156, Hearing Set, entered on July 25, 2007.

4. Document No. 157, Motion to Determine, entered on July 25, 2007.

5. Document No. 158, Hearing Set, entered on July 25, 2007.

6. Document No. 159, Order Denying Motion to Stay Pending Appeal, entered on July 25, 2007.
7. Document No. 163, Proposed Order, entered on August 2, 2007.
8. Document No. 164, Proposed Order, entered on August 2, 2007.
9. Document No. 166, Order Granting Defendants' Motion to Determine Supersedeas Bond, entered o August 10, 2007.
10. Document No. 167, Order Overruling and Denying, entered on August 10, 2007.
11. Document No. 171, Notice of Appeal, entered on August 15, 2007.
12. Document No. 172, Appellant District Court Election, entered on August 15, 2007.
13. Document 173, Court Notice, entered on August 16, 2007.
14. All exhibits at the hearing on July 25, 2007 and all exhibits relative to each of the Documents referenced hereinabove.

Concerning the Statement of Issues on Appeal, the Appellants submit that the primary issue is whether this Court was correct in overruling and denying the Appellants objection to the Order as to the Appellee's Bill for Costs. In addition, the Appellants respectfully submit that their appeal of this Courts's decision as to the Appellee's Motion to Compel Full Access and the imposition of costs to the Appellant contain issues pertinent to their Appeal. Therefore, the Appellants submit that perhaps for judicial economy, this appeal plus their appeal of July 7, 2007 should be consolidated.

The Appellants reserve the right, should events still warrant, to amend this designation of record and statement of issues on appeal.

Respectfully submitted,
Appellants,
By their Attorneys

/s/ William J. Delaney

William J. Delaney (#3643)
TILLINGHAST LICHT LLP
10 Weybosset Street, Suite 1000
Providence, RI 02903
(401) 456-1200; (401) 456-1210 (fax)
wdelaney@tllaw.com
Dated: August 30, 2007

## CERTIFICATION

I hereby certify that on the 30th day of August, 2007, a copy of the within Designation of Record and Statement of Issues on Appeal was caused to be sent either electronically through the CM/ECF system or by First Class Mail, postage prepaid to the following:

Gardner H. Palmer, Jr., Esq.
Joseph M. DiOrio, Esq.
55 Dorrance Street
Providence, RI 02903

/s/William J. Delaney

@PFDesktop\::ODMA/MHODMA/TLSDMS.TLSLAW.COM;imanage;451600;1