UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**In Re: CA07-222L; CA07-260L; CA07-315L**

**Re: ARNOLD KILBERG**

**ORDER REGARDING BRIEFING SCHEDULE**

The parties shall e-file briefs in accordance with the schedule set forth in Rule 8009(a) of the Federal Rules of Bankruptcy Procedure and appendices to their briefs as described in Rule 8009(b).

Briefs shall be in the form prescribed by Rule 8010.

One copy of each brief shall be filed with the Clerk's office.

By Order

Deputy Clerk

ENTER:

Ronald R. Lagueux
Senior U.S. District Judge

Date: 9/18/07