UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| 56 ASSOC., A Rhode Island Limited Liability Partnership and 57 ASSOC., A Rhode Island Limited Liability Partnership, Appellants | : | |
| v. | : | Case No. 1:07-CV-00315-RL |
| JOSEPH M. DIORIO, CHAPTER 7 Trustee OF ARNOLD KILBERG, Appellee | : | |

REPLY BRIEF OF APPELLANTS

Respectfully, the Appellants having reviewed the brief of the Appellee dated November 19, 2007 (the "Appellee's Brief") believe that there is no need to furnish any additional arguments herein to reply to the Appellee's Brief and therefore look forward to presenting oral argument before this Court.

Respectfully Submitted,
Appellants,
By Their Attorneys,

/s/ Richard A. Licht

Richard A. Licht
Tillinghast Licht LLP
10 Weybosset Street, Suite 1000
Providence, Rhode Island 02903
(401) 456-1200; (401) 456-1210 (fax)
rlicht@tllaw.com

Dated: November 29, 2007

/s/ William J. Delaney
William J. Delaney (#3643)
Reavis Cianciolo LLC
55 Dorrance Street, Suite 200
Providence, Rhode Island 02903
(401) 272-5520; (401) 272-5501 (fax)
Wdelaney@rc-legal.com
Dated: November 29, 2007

CERTIFICATION

I hereby certify that on the 29th day of November, 2007, a copy of the within was caused to be sent either electronically through the CM/ECF system or by first class mail, postage prepaid to the following:

Joseph M. DiOrio, Esq.
Gardner H. Palmer, Jr., Esq.
10 Dorrance Street
Providence, RI 02903

/s/William J. Delaney